UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GILBERT ELLERBE, individually &
on behalf of all similarly situated,

    Plaintiff,

                                        Case Number 8:14-cv-2950-MSS-TGW
v.

POWER HOME TECHNOLOGIES, INC. &
POWER HOME TECHNOLOGIES, LLC,

    Defendants.
_____/

## Notice of Settlement

The Plaintiff(s) notify the Honorable Court pursuant to L.R. 3.08(a) and the Order [D.E. 6 ¶ 5(1)] that the parties have reached a settlement. The settlement does not involve a compromise of Fair Labor Standards Act (FLSA) claims, as Defendants have agreed to pay Plaintiffs full relief. Plaintiff Gilbert Ellerbe filed suit [D.E. 1] and opt-in Plaintiff Jerry Johnson opted into the complaint [D.E. 9-1]. No one else has opted into this case.

Defendants will tender full overtime wages, an equal amount in liquidated damages plus an additional amount for execution of a written agreement to both Plaintiffs. Furthermore, attorneys' fees and costs were agreed to separately and without regard to the amounts to the Plaintiffs, which will be paid solely by Defendants. The resolution of this matter does not constitute a "compromise," which would involve or necessitate Court review and/or approval.

Respectfully submitted this 22nd day of April 2015,

> /s/ *Bernard R. Mazaheri*
> Bernard R. Mazaheri
> Florida Bar Number 643971
> Morgan & Morgan
> 20 N Orange Ave Ste 1600
> Orlando, FL 32801
> Tel – (407)420-1414
> Email – bmazaheri@forthepeople.com

### Certificate of Service

I hereby certify that a true and accurate copy of the foregoing will be served on all counsel of record via CM/ECF this 22nd day of April 2015.

> /s/ *Bernard R. Mazaheri*
> Bernard R. Mazaheri