UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GILBERT ELLERBE, individually &
on behalf of all similarly situated,

    Plaintiff,

                                          Case Number 8:14-cv-2950-MSS-TGW

v.

POWER HOME TECHNOLOGIES, INC. &
POWER HOME TECHNOLOGIES, LLC,

    Defendants.
_____/

## STIPULATION OF DISMISSAL

The parties pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., stipulate to dismissal with prejudice.

Respectfully submitted this 20th day of May 2015,

| /s/ Brian D. Rubenstein | /s/ Bernard R. Mazaheri |
|---|---|
| Brian D. Rubenstein | Bernard R. Mazaheri |
| Florida Bar Number 16997 | Florida Bar Number 643971 |
| Brian.rubenstein@csklegal.com | BMazaheri@forthepeople.com |
| Cole, Scott & Kissane, P.A. | Morgan & Morgan |
| 4301 W Boy Scout Blvd Ste 400 | 20 N Orange Ave Ste 1600 |
| Tampa, FL 33607 | Orlando, FL 32801 |
| Ph: 813-864-9324 | Ph: 407-420-1414 |
| Counsel for Defendant | Counsel for Plaintiffs |